No. 69160.—Rhodia, Inc. v. United States, protests 59/28669, etc. (New York).

Opinion by Ford, J.  In accordance with stipulation of counsel that the merchandise consists of yarns in chief value of a synthetic textile similar in use to thrown silk not more advanced than singles, tram, or organzine and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiff was sustained.